**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                     |     |                   |
|-------------------------------------|-----|-------------------|
| MAR-LIN MINATEE,                    | :   |                   |
|                                     | :   | CIVIL ACTION      |
| Plaintiff,                          | :   |                   |
|                                     | :   |                   |
| v.                                  | :   |                   |
|                                     | :   | No. 09-3016       |
| PHILADELPHIA POLICE DEPT., et al.,  | :   |                   |
|                                     | :   |                   |
| Defendants.                         | :   |                   |
|                                     | :   |                   |

## <u>ORDER</u>

**AND NOW**, this 9th day of October, 2009, upon consideration of the Motion to Dismiss

filed by the Commonwealth of Pennsylvania and Governor Edward G. Rendell (Doc. No. 12),

and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiff's

Complaint is **DISMISSED** only with respect to the Commonwealth of Pennsylvania and

Governor Edward G. Rendell.

BY THE COURT:

  /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE