IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mar-Lin Minatee, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| City of Philadelphia, et al., | : | No. 09-3016 |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this 9th day of September, 2011, upon consideration of Defendants, City of Philadelphia, Police Commissioner Charles Ramsey, Mayor Michael Nutter, Officer Bryan Murphy, Officer James Dambach, Officer John McCloskey, Lieutenant Joseph Martin, Sergeant Sean McGlinn, Sergeant Susan Green, Detective Brian Boos, and Detective Edward Davis' (collectively, "Defendants") Motion for Summary Judgment (Doc. No. 58) and the Response submitted by Plaintiff, Mar-Lin Minatee ("Plaintiff") thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.[1]

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] In light of this Order, Plaintiff's sole remaining claim is excessive use of force against Officers Cynthia Frye, Rosa Ramos, John Descher, Paul Guercio, and Lieutenant Lyghts.