IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAR-LIN MINATEE, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| CITY OF PHILADELPHIA, et al., | : No. 09-3016 |
| Defendants. | : |

**ORDER**

**AND NOW**, this 15th day of January, 2015, upon consideration of Plaintiff, Mar-Lin Minatee's ("Plaintiff"), Request for this Court to consider an "Independent Action" (Doc. No. 77), Defendants' Response in Opposition, and Plaintiff's Reply, it is hereby **ORDERED** that said Request is **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE