IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAR-LIN MINATEE, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| CITY OF PHILADELPHIA, et al., | : No. 09-3016 |
| Defendants. | : |

**ORDER**

**AND NOW**, this 12th day of March, 2015, upon consideration of Plaintiff, Mar-Lin Minatee's, "Motion to Alter or Amend and Reconsider and Reinstate Trial Date for Original Claim of Malicious Prosecution" (Doc. No. 85), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE